**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| ANEQUA SHUNTA ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY BANK; CARMAX BUSINESS SERVICES, LLC (d/b/a Carmax Auto Finance or Carmax Financial); and REGIONAL FINANCE CORPORATION OF TEXAS (d/b/a Regional Finance),<br><br>Defendants. | ) | Case No. 3:26-cv-00603-CWR-LGI |

**ORDER GRANTING JOINT MOTION TO TRANSFER VENUE**

Before the Court is the Joint Motion to Transfer Venue to the United States District Court for the Eastern District of Texas (Doc. 21) filed by Plaintiff Anequa Shunta Robinson; Defendant Comenity Capital Bank, successor by merger to Comenity Bank; Defendant Carmax Business Services, LLC (d/b/a Carmax Auto Finance or Carmax Financial); and Defendant Regional Finance Corporation of Texas (d/b/a Regional Finance). All parties consent to the transfer.

Having considered the Motion and the applicable law, the Court finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the Joint Motion to Transfer Venue (Doc. 21) is GRANTED.

IT IS FURTHER ORDERED that, under 28 U.S.C. § 1404(a), this action is TRANSFERRED to the United States District Court for the Eastern District of Texas. The Clerk of Court is directed to take all steps necessary to effect the transfer.

IT IS FURTHER ORDERED that Defendant Carmax Business Services, LLC's Motion to Dismiss (Doc. 16) is TERMINATED AS MOOT.

SO ORDERED, this the 13th day of November 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE